| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial) Sidney, Stein H. | 2. Court or Organization U.S. Federal District COurt | 3. Date of Report 08/14/2013 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S.D.C. Judge - Senior Status | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |
| 7. Chambers or Office Address U.S. Courthouse 500 Pearl Street New York, New York 10007-1312 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Member, Board of Directors | Practicing Law Institute, a not for profit organization for continuing legal education |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sidney, Stein H. | 08/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | West Services, Inc. - royalty | $8,305.73 |
| 2. | 2012 | Yale University - teaching | $12,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 7/6/12-7/13/12 | Cairo, Egypt | Workshop with Egyptian judges | transportation, lodging and food |
| 2. | National Committee on US-China Relations | 11/29/12-12/7/12 | Haikou, China | Rule of Law Conference | transportation, lodging and food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sidney, Stein H.** | 08/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sidney, Stein H. | 08/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MONEY MARKETS | | | | | | | | | |
| 2. JPMORGAN U.S. GOVT. | A | Interest | L | T | | | | | |
| 3. Dreyfus Tax Free NY Muni Money Market Fund | A | Interest | K | T | Sold (part) | 1/26/12 | M | | |
| 4. | | | | | | | | | |
| 5. COMMON STOCKS | | | | | | | | | |
| 6. BERKSHIRE HATHAWAY CORP. | | None | P1 | T | | | | | |
| 7. GRANT AVE CORP | | None | P1 | W | | | | | |
| 8. | | | | | | | | | |
| 9. TAX EXEMPT BONDS | | | | | | | | | |
| 10. NEW YORK ST HSG FIN AGY GEN HSG SER B | C | Interest | K | T | | | | | |
| 11. NEW YORK ST MTG AGY REV HOMETOWN MTG -29-a-RMKT | C | Interest | M | T | | | | | |
| 12. NY STATE POWER AUTH GEN REV ETM SER A | D | Interest | L | T | | | | | |
| 13. NY State Power Auth Rev & Gen Purp Ser Detm | A | Interest | K | T | | | | | |
| 14. NYS STATE POWER AUTH SER G 1/1/10 | A | Interest | K | T | | | | | |
| 15. NEW YORK ST HSG FIN AGY GEN SER A | D | Interest | M | T | | | | | |
| 16. NEW YORK STATE POWER AUTH. | C | Interest | K | T | | | | | |
| 17. N.Y.S. THRWY AUTH 5.3%, 4/1/15 | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sidney, Stein H. | 08/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  LONG ISLAND PWR 5% 8/1/17 | C | Interest | M | T | | | | | |
| 19.  ARDSLEY NY 4.25% 6/1/18 | C | Interest | | | Sold | 11/27/12 | M | D | |
| 20.  ERIE CTY NY 5.75% 5/1/25 | C | Interest | L | T | | | | | |
| 21.  NASSAU CTY NY 5% 7/1/22 | C | Interest | M | T | | | | | |
| 22.  NYS DORM 5%, 7/1/21 | C | Interest | L | T | | | | | |
| 23.  TRIBOROUGH BRDG & TUNL, 5%, 11/15/23 | C | Interest | L | T | | | | | |
| 24.  MINNEAPOLIS MINN 6.375%, DTD 11/12/08 | A | Interest | J | T | | | | | |
| 25.  NYS DORM AUTH, 5%, dtd 3/15/24 | C | Interest | M | T | | | | | |
| 26.  NYS DORM 5/25%, 5/15/15 | C | Interest | | | Sold | 8/22/12 | M | D | |
| 27.  NASSAU CTY N.Y. 5%, 11/15/15 | C | Interest | | | Sold | 9/27/12 | M | D | |
| 28.  CALIFORNIA STATE 5.5%, 4/1/19 | C | Interest | L | T | | | | | |
| 29.  CITIZENS PPTY INS. CORP. 5.5%, 6/1/16 | C | Interest | L | T | | | | | |
| 30.  MTA 5.5%, 11/15/17 | C | Interest | L | T | | | | | |
| 31.  NYS DORM 5%, 2/15/18 | C | Interest | M | T | | | | | |
| 32.  ALLEGHENY CITY, PA. 5%, 8/15/19 | C | Interest | L | T | | | | | |
| 33.  NORTH PENN, PA 5% 9/1/16 | C | Interest | M | T | | | | | |
| 34.  NYC, NY 5.25%, 9/1/21 | D | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sidney, Stein H. | 08/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NYS DORM 5%, 7/1/18 | A | Interest | K | T | | | | | |
| 36. CALIFORNIA ST. 5%, 11/1/17 | D | Interest | L | T | | | | | |
| 37. MICHIGAN FIN. 3%, 12/1/14 | B | Interest | L | T | | | | | |
| 38. NYC 2.1%, 4/1/36 | B | Interest | | | Sold | 1/31/12 | M | C | |
| 39. NYC, NY 5%, 6/15/25 | C | Interest | | | Sold | 11/6/12 | M | D | |
| 40. TEX. ST. 5%, 4/1/23 | C | Interest | M | T | | | | | |
| 41. NYS 3%, 7/1/16 | C | Interest | M | T | | | | | |
| 42. PA ST. 5%, 7/1/20 | D | Interest | M | T | | | | | |
| 43. NYS 5.5%, 4/1/19 | D | Interest | M | T | | | | | |
| 44. MTA 5%, 11/15/22 | D | Interest | M | T | | | | | |
| 45. ATLANTA, GA. 4%, 1/1/17 | C | Interest | M | T | | | | | |
| 46. NYC, NY 5%, 7/1/23 | D | Interest | M | T | | | | | |
| 47. NYC, NY 5%, 11/1/24 | C | Interest | M | T | | | | | |
| 48. NYC, NY 5%, 10/1/17 | D | Interest | M | T | | | | | |
| 49. NYS THWY 5%, 4/1/26 | C | Interest | M | T | | | | | |
| 50. ERIE CTY NY 5%, 5/1/17 | C | Interest | M | T | | | | | |
| 51. NYS 5%, 6/15/26 | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sidney, Stein H. | 08/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SWARTHMORE 5%, 9/15/18 | C | Interest | M | T | | | | | |
| 53. NYC 5%, 7/1/17 | B | Interest | L | T | | | | | |
| 54. NYC 5%, 7/15/23 | C | Interest | M | T | | | | | |
| 55. SOUTHEASTERN PA 5%, 6/1/24 | B | Interest | M | T | Buy | 1/13/12 | L | | |
| 56. INDIANA ST. 5%, 2/1/24 | C | Interest | M | T | Buy | 1/26/12 | M | | |
| 57. HARRIS CTY, TX 5%, 10/1/27 | B | Interest | M | T | Buy | 5/15/12 | M | | |
| 58. HEMPSTEAD, NY 4%, 8/15/19 | | None | M | T | Buy | 8/22/12 | M | | |
| 59. MCKINNEY, TX 5%, 2/15/20 | | | | | Buy | 8/29/12 | L | | |
| 60. MCKINNEY, TX 5%, 2/15/20 | | None | M | T | Buy | 9/27/12 | K | | |
| 61. ARIZONA ST 5%, 10/1/19 | | None | M | T | Buy | 9/25/12 | M | | |
| 62. NYS DORM AUTH 4%, 5/15/19 | | None | M | T | Buy | 11/5/12 | M | | |
| 63. ARIZONA 5%, 6/1/28 | | None | M | T | Buy | 11/21/12 | M | | |
| 64. | | | | | | | | | |
| 65. MUTUAL FUNDS | | | | | | | | | |
| 66. BRANDYWINE FUND INC. | | | | | Sold (part) | 8/22/12 | M | | |
| 67. BRANDYWINE FUND INC. | | None | | | Sold | 11/27/12 | N | | |
| 68. VANGUARD 500 INDEX FUND | | | | | Buy | 1/3/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sidney, Stein H. | 08/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. VANGUARD 500 INDEX FUND | | | | | Buy | 3/26/12 | J | | |
| 70. VANGUARD 500 INDEX FUND | | | | | Buy | 6/25/12 | J | | |
| 71. VANGUARD 500 INDEX FUND | | | | | Buy | 8/27/12 | N | | |
| 72. VANGUARD 500 INDEX FUND | | | | | Buy | 9/24/12 | J | | |
| 73. VANGUARD 500 INDEX FUND | | | | | Buy | 11/28/12 | N | | |
| 74. VANGUARD 500 INDEX FUND | | | | | Buy | 12/24/12 | K | | |
| 75. VANGUARD 500 INDEX FUND | | | | | Sold (part) | 12/26/12 | L | | |
| 76. VANGUARD 500 INDEX FUND | E | Dividend | P1 | T | Buy | 12/28/12 | N | | |
| 77. DAVIS NY VENTURE FUND INC. CL. A | F | Dividend | P1 | T | Buy | 12/19/12 | L | | |
| 78. IRONBRIDGE FRONTENEGRA FUND | F | Dividend | P1 | T | Buy | 12/18/12 | L | | |
| 79. VANGUARD VALUE INDEX SIGNAL FUND | | | | | Buy | 3/26/12 | J | | |
| 80. VANGUARD VALUE INDEX SIGNAL FUND | | | | | Buy | 6/25/12 | J | | |
| 81. VANGUARD VALUE INDEX SIGNAL FUND | | | | | Buy | 9/24/12 | J | | |
| 82. VANGUARD VALUE INDEX SIGNAL FUND | D | Dividend | O | T | Buy | 12/24/12 | J | | |
| 83. DODGE & COX INT'L STOCK FUND | E | Dividend | P1 | T | Buy | 12/21/12 | K | | |
| 84. JANUS CORP EQUITY FUND (IRA) | E | Dividend | P1 | T | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sidney, Stein H. | 08/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. MISCELLANEOUS | | | | | | | | | |
| 87. CASH, JPMORGAN CHASE | E | Interest | O | T | | | | | |
| 88. FINE ARTS HELD AS TENANT-IN-COMMON | | None | P1 | W | | | | | |
| 89. ARBOR PPTY TRUST | | None | K | T | | | | | |
| 90. SERVICEMASTER LP | | None | M | T | | | | | |
| 91. | | | | | | | | | |
| 92. NOTE: JUDGE STEIN HAS ELECTED NOT TO | | | | | | | | | |
| 93. LIST INFORMATION | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sidney, Stein H. | 08/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stein H. Sidney**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544